32,448-07

DECEMBER 19, 2014

HON. ABEL ACOSTA, CLERK,
COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk

RE: APPLICATIONS FOR WRIT OF HABEAS CORPUS
TRIAL COURT NO. 39640-C
WRIT NO. WR-32,448-?

DEAR CLERK:

First I apologize for writing this letter in pencil, but prison officials are refusing to provide me with an ink pen. I submitted an application for writ of habeas corpus to the 89th District Court of Wichita County, Texas dated 11-8-14. The State filed an answer on 11-14-14 and thats the last I heard on said writ application. I was in the Wichita County Jail Annex then on bench warrant but I have since been returned back to prison, and I did notify the District Clerk's Office of Wichita County of my address change. Have said writ application been sent to your office, and if so what is the status of said application. Please be advised of my address change and send all correspondence pertaining hereto to the address below.

Respectfully submitted,

Eddie W. North,
Eddie W. North, TDCJ #1244854
HUGHES UNIT
Rt. 2. Box 4800
Gatesville, Texas 76597
APPLICANT~PRO SE